Paul King

801 S Miami Ave #1401

Miami, FL 33130

Pablopicassojustice@gmail.com

850-545-3355

FILED BY _____ D.C.

DEC 29 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

SOUTHERN DISTRICT COURT OF FLORIDA

| | |
|---|---|
| PAUL KING | Case No.: |
| Plaintiff, | |
| vs. | RACKETEERING; THEFT; BRIBERY; FRAUD |
| BOREN, OSHER, LUFTMAN, A CORPORATION; | ATTORNEY MALPRACTICE |
| GREENSPOON MARDER, A CORPORATION; | ACCOUNTANT MALPRACTICE |
| EMERGE LAW GROUP, A CORPORATION; | |
| LAW OFFICES OF MICHAEL E. CINDRICH, A CORPORATION; | |
| VENABLE LLP, A CORPORATION; | |
| AB FINWRIGHT LLP, A CORPORATION; | |
| KINGS GARDEN INC, A CORPORATION; | |
| KINGS GARDEN LLC, A CORPORATION; | |
| MICHAEL KING, AN INDIVIDUAL; | |
| SOPHIA KING, AN INDIVIDUAL; | |
| DEFENDANTS | |

I.   JURISDICTION AND VENUE

1. Plaintiff Paul King has at all times of these claims been a resident of Miami-Dade and these complaints come against individuals and corporations under 18 US Code 96 Racketeering.

II. BACKGROUND

1. Plaintiff and Michael King ("M King") were supposed to be 50/50 partners in Kings Garden when they moved from Florida to California in 2015. M King pushed Plaintiff out with nothing, bought himself a $13M house, and when Plaintiff started his new company Cannafornia, M King arranged for the fraudulent $9.6M sale of Cannafornia and Plaintiffs 50% ownership, leaving Plaintiff with nothing once again, which Plaintiff finally uncovered in September of 2021 when the Bureau of Cannabis Control notified Plaintiff of a requested licensee name change for Cannafornia's cannabis licenses.

2. Defendants Boren, Osher and Luftman ("Boren"), Greenspoon Marder ("Greenspoon"), Venable LLP ("Venable"), Emerge Law Group ("Emerge"), and Law Offices of Michael E. Cindrich ("Cindrich"), as well as accounting firm AB Finwright ("AB") were hired by Plaintiff to help him and his company Cannafornia, a California cannabis company. While charging plaintiff for their time, defendants instead accepted bribes from Michael King ("M King), older brother of Paul King and CEO of Kings Garden Inc and Kings Garden LLC, California cannabis companies, to help M King commit more fraud and cover up the fraud that M King had caused to occur.

KING V BOREN ET AL
2

3. In March 2020, M King asked for Plaintiffs help to sue two Russian investors that were investors in both Kings Garden and Cannafornia because they were suing Kings Garden, suggesting Plaintiff has the stronger case against them. Plaintiff was led to believe that M King would be splitting the attorney fees for Boren and there was $17M stolen by the Russian investors from Cannafornia. M King claimed to only want his attorney fees paid back and Plaintiff would keep the rest.

4. While Plaintiff was pushed by mother Sophia King ("S King") to help his brother, S King moved to Salinas allegedly because she was lonely during the pandemic and wanted to help Plaintiff with the legal issues.

5. S King and M King instead covered up the fraud committed by their two Russian friends at Cannafornia and set Plaintiff up to face District Attorney charges and SEC charges by bribing the attorneys that Plaintiff hired.

6. Like his family members, the attorneys were all acting as double agents in order to a) Keep plaintiff from finding out about the sale of Cannafornia, b) Bankrupt plaintiff, and c) Keep him from fighting for his rightful ownership in both Kings Garden and Cannafornia.

III. CLAIMS

A. CLAIMS AGAINST BOREN – Racketeering: Theft, Bribery, Fraud; Attorney Malpractice

1. Boren was hired to a) Prosecute the two Russian individuals who stole funds intended for Cannafornia and funds that actually came into Cannafornia, and b) Defend

Plaintiff against the District Attorney, who was prosecuting Plaintiff for alleged violations of County cannabis laws.

2. Between March 2020 and September 2020, Boren charged Plaintiff over $500,000 of which Plaintiff paid half and M King supposedly paid the other half. M King dropped out from his deal to pay half of Plaintiffs legal fees in September 2020, and Boren dropped out.

3. Instead of performing the duties hired for, Boren caused more lawsuits to occur against Plaintiff, helped S King and M King cover up the fraud committed by the Russians, and even brought in a criminal attorney to help prosecute the Russians who instead helped arrange an SEC investigation into Plaintiff's records.

B. CLAIMS AGAINST GREENSPOON: Racketeering: Theft, Bribery, Fraud; Attorney Malpractice

1. Greenspoon picked up where Boren left off in September 2020. Greenspoon charged over $300,000 between September 2020 and June 2021.

2. In February 2021, Plaintiff received an eviction notice from his landlord. Greenspoon was hired to help defend against the eviction.

3. Instead, Greenspoon helped make sure that Plaintiff's evidence never made it to Court and helped the landlords side, while continuing to help cover up the fraud by the Russians and making sure the DA case continues and Plaintiff continues to bleed money.

C. CLAIMS AGAINST EMERGE: Racketeering: Theft, Bribery, Fraud; Attorney Malpractice

1. Emerge was hired to help Plaintiff defend against the District attorney and the eviction and charged Plaintiff over $300,000 between June and August of 2021.

2. Emerge continued the same pattern of corruption to ensure problems for Plaintiff that Greenspoon and Boren had established.

D. CLAIMS AGAINST CINDRICH: Racketeering: Theft, Bribery, Fraud; Attorney Malpractice

1. Cindrich was hired to help Plaintiff against the District attorney and the eviction and charged Plaintiff over $50,000 between August and October of 2021.

2. Cindrich also continued the same pattern of corruption to ensure problems for Plaintiff and to make sure the evidence confirming payments made to landlord would not make it to Court.

E. CLAIMS AGAINST VENABLE LLP: Racketeering: Theft, Bribery, Fraud; Attorney Malpractice

1. Venable was hired to help Plaintiff sue Kings Garden LLC and Kings Garden Inc around May 2021 and charged Plaintiff $50,000 to prepare the complaint.

2. Venable filed the complaint in Palm Springs circuit court, excluded Kings Garden LLC, excluded key evidence and facts, and made sure that Plaintiff was in a bad position in order to help M King and the Kings Garden entities.

CLAIMS AGAINST AB FINWRIGHT: Racketeering: Theft, Bribery, Fraud; Accountant Malpractice

1. AB was hired to help Plaintiff with their accounting and taxes.
2. Instead, AB helped cover up the fraud, and it is still unclear what future problems await Plaintiff in regards to the IRS due to the fraud perpetrated and covered up by AB.

CLAIMS AGAINST M KING, S KING, KINGS GARDEN INC, KINGS GARDEN LLC: Racketeering: Theft, Bribery, Fraud

1) M King and S King, using resources from Kings Garden Inc and Kings Garden LLC orchestrated the entire ring of fraud and have become experts at manipulating and bribing attorneys and accountants, in this case causing substantial harm to Plaintiff personally, financially, and professionally. They bribed multiple sets of attorneys (and at least one accounting firm) in firms large and small to cover up fraud and to create more fraud.

Prayer for Relief:

1) Compensatory against
    a. Boren: To be shown in Court and not less than $500,000.
    b. Greenspoon: To be shown in Court and not less than $300,000.

    c. Emerge: To be shown in Court and not less than $300,000.

    d. Cindrich: To be shown in Court and not less than $50,000.

    e. Venable: To be shown in Court and not less than $50,000.

    f. AB Finwright: To be shown in Court and not less than $25,000.

2) Punitive damages against

    a. Boren: Not less than 5X compensatory Damages, $2.5 Million

    b. Greenspoon: Not less than 5X compensatory Damages, $1.5 Million

    c. Emerge: Not less than 5X compensatory Damages, $1.5 Million

    d. Cindrich: Not less than 5X compensatory Damages, $250,000

    e. Venable: Not less than 5x compensatory Damages: $250,000

    f. AB Finwright: Boren: Not less than 5X compensatory Damages, $125,000.

    F: M King, S King, Kings Garden Inc, Kings Garden LLC: Not less than 10x the combined sum of compensatory damages: $12,250,000.

Paul King, Pro-se

12/26/2021

pablopicassojustice@gmail.com

850-545-3355